**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 21 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-50150 |
| Plaintiff-Appellee, | D.C. No. 3:17-cr-00118-JLS-1 |
| v. | |
| VICTORIO PEREZ-ROMERO, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted December 18, 2017[**]

Before:    WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Victorio Perez-Romero appeals from the district court's judgment and

challenges the 87-month sentence imposed following his guilty-plea convictions

for importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Perez-Romero contends that his sentence is substantively unreasonable in light of the mitigating circumstances in this case. The district court did not abuse its discretion in imposing Perez-Romero's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the amount of methamphetamine involved in the offense. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**

17-50150